IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Armstrong, Charles

Printed: 11/11/08

Case Number: 04 B 19487
Judge: Hollis, Pamela S
Filed: 5/19/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 2, 2008
Confirmed: August 30, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 14,541.08 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 11,479.83 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,300.00 |
| Trustee Fee: |  | 761.23 |
| Other Funds: |  | 0.02 |
| Totals: | 14,541.08 | 14,541.08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 2,300.00 | 2,300.00 |
| 2. | Portfolio Recovery Associates | Unsecured | 177.06 | 177.06 |
| 3. | National Loan Investors | Unsecured | 8,089.67 | 8,089.67 |
| 4. | Kmart Corp | Unsecured | 621.22 | 621.22 |
| 5. | CFC Financial Corp | Unsecured | 231.46 | 231.46 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 1,409.80 | 1,409.80 |
| 7. | NCO Financial Services Inc | Unsecured | 152.05 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 278.28 | 278.28 |
| 9. | Asset Acceptance | Unsecured | 302.96 | 302.96 |
| 10. | American Express Travel Relate | Unsecured | 369.38 | 369.38 |
| 11. | Aurora Loan Service | Secured | | No Claim Filed |
| 12. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 13. | City Finance Co | Unsecured | | No Claim Filed |
| 14. | GE Capital Credit Service | Unsecured | | No Claim Filed |
| 15. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 16. | EMSCO Mgmt Svcs | Unsecured | | No Claim Filed |
| 17. | FCC Corp | Unsecured | | No Claim Filed |
| 18. | HCS Inc | Unsecured | | No Claim Filed |
| 19. | Heilig-Meyers | Unsecured | | No Claim Filed |
| 20. | FCC National Bank | Unsecured | | No Claim Filed |
| 21. | Performance Capital Mgmt | Unsecured | | No Claim Filed |
| 22. | CB USA | Unsecured | | No Claim Filed |
| 23. | Russell Collection | Unsecured | | No Claim Filed |
| 24. | R & R Country Motors | Unsecured | | No Claim Filed |
| 25. | Txcollect, Inc Dba Ct | Unsecured | | No Claim Filed |
| | | | $ 13,931.88 | $ 13,779.83 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Armstrong, Charles

Printed: 11/11/08

Case Number:  04 B 19487
Judge:  Hollis, Pamela S
Filed:  5/19/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 139.04 |
| 4% | 104.55 |
| 3% | 37.22 |
| 5.5% | 118.23 |
| 5% | 30.79 |
| 4.8% | 58.46 |
| 5.4% | 272.94 |
|  | $ 761.23 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

